UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __23-1467__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender
[ ] Pro Bono  [ ] Government

COUNSEL FOR: Gannett Fleming, Inc.
_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Jonathan C. Shoemaker
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| | |
|---|---|
| Jonathan C. Shoemaker | (202) 971-9400 |
| Name (printed or typed) | Voice Phone |
| Lee/Shoemaker PLLC | (202) 971-9419 |
| Firm Name (if applicable) | Fax Number |
| 1400 I Street NW, Suite 200 | |
| Washington, DC 20005 | jcs@leeshoemaker.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [✓] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

Randy Evan McDonald
Law Office of Randy Evan McDonald, LLC
1001 L Street, SE, Suite 280
Washington, DC 20003

Michael Patrick Redmond
Baltimore City Law Department
100 North Holiday Street, Suite 101
Baltimore MD 21212

Victoria M. Shearer
Eccleston & Wolf, PC
7240 Parkway Drive
Hanover, MD 21076

John Alexander Rego
Cipriani & Werner, PC
6411 Ivy Lane, Suite 600
Greenbelt, MD 20770

John Lawrence Doran
Pessin Katz Law, P.A.
901 Dulaney Valley Road
Towson, MD 21204

Paul Finamore
Pessin Katz Law, P.A.
10500 Little Patuxent Parkway, Suite 650
Columbia, MD 21044

Matthew James McCloskey
Stephen Salvatore McCloskey
Semmes, Bowen & Semmes
250 West Pratt Street, Suite 1900
Baltimore, MD 21201

/s/ Jonathan C. Shoemaker                    05/10/2023
Signature                                     Date

1/28/2020 SCC