FILED: February 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1467
(1:22-cv-00141-LKG)

_____

THE ESTATE OF TRINA L. CUNNINGHAM, Personal Representative Towanda Grant-Cunningham; TOWANDA GRANT-CUNNINGHAM; FAITH CUNNINGHAM; BROCK BIRDEN

   Plaintiffs - Appellants

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE CITY DEPARTMENT OF PUBLIC WORKS; RUDY CHOW, Director, Individually and in official capacity; JASON W. MITCHELL, Director, Individually and in official capacity; MICHAEL HALLMEN, Individually and in official capacity; YOSEF KEBEDE, Bureau Head, Individually and in official capacity; MICHAEL GALLAGHER, Division Chief, Individually and in official capacity; NEAL JACKSON, Supervisor, Individually and in official capacity; CHARLES JOHNSON, Primary Area Supervisor, Individually and in official capacity; CHARLES MCFADDEN, Plant Operations Supervisor, Individually and in official capacity; LARRY FISCHER, Operation Manager, Individually and in official capacity; DAVID LAWLER, Maintenance Manager, Individually and in official capacity; GARY WAGNER, Plant Manager, Individually and in official capacity; GABRIELLE PLEASANT, Safety Enforcement Officer, Individually and in official capacity; RONALD BARTON, Assistant Maintenance Manager, Individually and in official capacity; DUANE MACK, Mechanical Maintenance Supervisor, Individually and in official capacity; ERIC JOHNSON, Area Supervisor, Individually and in official capacity; BARBARA ROGERS, Individually and in official capacity; WILLIAM JOHNSON, Individually and in official capacity; JOHNNIE HEMPHILL, Chief of Staff, Individually and in official capacity; BETHEL HENRY, Chief Administrative Officer, Individually and in official capacity; FREELAND HOIST & CRANE, INC.; CRANE 1 SERVICES, INC.; OVERHEAD CRANE SERVICE INC.; OHIO GRATING,

INC.; GANNETT FLEMING, INC.; POOLE & KENT CORPORATION; DOE DEFENDANTS 1 THROUGH 20, INCLUSIVE

  Defendants - Appellees

---

## O R D E R

---

  The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

  Response brief due: 03/08/2024

  Any reply brief: 21 days from service of response brief.

         For the Court--By Direction

         /s/ Nwamaka Anowi, Clerk