FILED: February 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1467
(1:22-cv-00141-LKG)

_____

THE ESTATE OF TRINA L. CUNNINGHAM, Personal Representative Towanda Grant-Cunningham; TOWANDA GRANT-CUNNINGHAM; FAITH CUNNINGHAM; BROCK BIRDEN

       Plaintiffs - Appellants

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE CITY DEPARTMENT OF PUBLIC WORKS; RUDY CHOW, Director, Individually and in official capacity; JASON W. MITCHELL, Director, Individually and in official capacity; MICHAEL HALLMEN, Individually and in official capacity; YOSEF KEBEDE, Bureau Head, Individually and in official capacity; MICHAEL GALLAGHER, Division Chief, Individually and in official capacity; NEAL JACKSON, Supervisor, Individually and in official capacity; CHARLES JOHNSON, Primary Area Supervisor, Individually and in official capacity; CHARLES MCFADDEN, Plant Operations Supervisor, Individually and in official capacity; LARRY FISCHER, Operation Manager, Individually and in official capacity; DAVID LAWLER, Maintenance Manager, Individually and in official capacity; GARY WAGNER, Plant Manager, Individually and in official capacity; GABRIELLE PLEASANT, Safety Enforcement Officer, Individually and in official capacity; RONALD BARTON, Assistant Maintenance Manager, Individually and in official capacity; DUANE MACK, Mechanical Maintenance Supervisor, Individually and in official capacity; ERIC JOHNSON, Area Supervisor, Individually and in official capacity; BARBARA ROGERS, Individually and in official capacity; WILLIAM JOHNSON, Individually and in official capacity; JOHNNIE HEMPHILL, Chief of Staff, Individually and in official capacity; BETHEL HENRY, Chief Administrative Officer, Individually and in official capacity; FREELAND HOIST & CRANE, INC.; CRANE 1 SERVICES, INC.; OVERHEAD CRANE SERVICE INC.; OHIO GRATING,

INC.; GANNETT FLEMING, INC.; POOLE & KENT CORPORATION; DOE DEFENDANTS 1 THROUGH 20, INCLUSIVE

      Defendants - Appellees

_____

O R D E R

_____

      Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. <u>See</u> Fed. R. App. P. 32(a)(7) & 28.1(e).

      All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

      For the Court--By Direction

      <u>/s/ Nwamaka Anowi, Clerk</u>