**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.    23-1467,    Estate of Trina L. Cunningham v. Mayor and City Council of Baltimore
1:22-cv-00141-LKG

TO:    All Appellants

All Appellees

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702